# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MARINSIK,** | ) Case No. CV09-5002 CRB |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **JPMORGAN CHASE &CO.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this _6th_ day of ~~December, 2009.~~ January 2010



The Honorable Charles R. Breyer