UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DAVID MARINSIK,**                ) Case No. CV09-5002 CRB
                                   )
Plaintiff,                         ) **ORDER**
                                   )
    vs.                            )
                                   )
**JPMORGAN CHASE &CO.,**           )
                                   )
Defendant.                         )
_____)

    IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

January 2010
Dated this _6th_ day of ~~December, 2009.~~



The Honorable Charles R. Breyer

Order to Dismiss - 1